IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 06-cv-1134 |
| | ) |
| v. | ) |
| | ) Magistrate Judge Mitchell |
| 19.33 ACRES OF LAND, MORE OR | ) *(Electronic Filing)* |
| LESS, SITUATE IN THE COUNTY | ) |
| OF ALLEGHENY, AND EAST | ) |
| ARLINGTON, INC., ET AL., | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT OF JUST COMPENSATION AND ORDER OF DISTRIBUTION**

AND NOW, this _29th_ day of _October_, 2007, upon consideration of the Motion for Judgment of Just Compensation and for an Order of Distribution filed in the above-captioned case, and it further appearing to the Court that:

1.  The public use for which the property subject of this Judgment is taken is authorized by law.

2.  This case is within the jurisdiction of the United States District Court for the Western District of Pennsylvania, which has the power and authority to enter judgment.

3.  On the date of filing of the Complaint in Condemnation, plaintiff the Untied States of America acquired estates and interests in Tract No. 109 E-1 in the form of a temporary easement, as set forth with particularity in said Complaint and Exhibits thereto.

4.  The said tract of land is situate in Township of North Versailles, Commonwealth of Pennsylvania, and is more particularly described in the Complaint in Condemnation and Exhibits filed in this condemnation proceeding.

5.	All parties that may have had an interest in said tract were made parties to this action and were duly served and given proper notice of all proceedings according to law.

6.	At the time of taking, defendants were the owners of all estates and interests in Tract No. 109 E-1.

7.	Plaintiff the United States of America and defendants have entered into an agreement as to the just compensation for the estates and interest acquired in Tract No. 109 E-1. A copy of the Stipulation for Just Compensation is attached hereto as Exhibit A.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the sum of One Hundred Dollars ($100.00) is the full and just compensation for the taking of the estates and interests in Tract No. 109 E-1, and that any and all awards of just compensation that may be made in this proceeding shall be payable and deductible from the sum of One Hundred Dollars ($100.00).

FURTHER, it appearing that the sum of $100.00 was deposited into the Registry of the Court at the time of filing of the Complaint in Condemnation as estimated just compensation for the taking of Tract No. 109 E-1, no deficiency exists in the Registry of the Court for the estates taken.

FURTHER, based on the pleadings, the Court finds that Defendants are the only parties entitled to just compensation for the taking of Tract No. 109 E-1.

FURTHER, IT IS ORDERED and DECREED that the Clerk of the United States District Court for the Western District of Pennsylvania, without further order of Court, shall pay the sum of $100.00, together with any interest which has accumulated upon said sum while in the Court's Registry, to "Pittsburgh Penn Center Business Trust as successor by merger to East Arlington,

Inc.," said sum to be distributed being the amount of just compensation judicially determined for the estates and interests acquired in Tract No. 109 E-1.

FURTHER, it being represented to the Court that nothing further remains to be done as to this proceeding, it is ORDERED and DIRECTED that Civil Action No. 06-cv-01134 shall be marked as administratively closed as per the Court's Order of October 22, 2007.

*[signature]*, J.

cc:   Jessica Lieber Smolar, AUSA
      Scott D. Cessar, Esq.